IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| NICKOLAS DAVID CALLAWAY, ) | |
| TDCJ #1245588, ) | |
|     Petitioner, ) | |
| ) | |
| v. ) | 3:07-CV-0279-N |
| ) | ECF |
| NATHANIEL QUARTERMAN, Director, ) | |
| Texas Department of Criminal Justice, ) | |
| Correctional Institutions Division, ) | |
|     Respondent. ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

The habeas corpus action is TRANSFERRED to the Fort Worth Division of the Northern District of Texas for further proceedings.

The Clerk is directed to FORWARD the court's copy file to the Fort Worth Division.

SIGNED March 22, 2007.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE